JANE DOE, INDIVIDUALLY AND ON BEHALF OF HER
MINOR SON, A. A., PLAINTIFF-RESPONDENT, v. CITY
OF TRENTON, MUNICIPAL COURT OF CITY OF TREN-
TON, TRENTON POLICE DEPARTMENT AND GEORGE
DOUGHERTY, CITY ATTORNEY FOR THE CITY OF
TRENTON, DEFENDANTS-APPELLANTS.

Argued October 31, 1977—Decided December 15, 1977.

*Mr. George T. Dougherty*, City Attorney for the City of
Trenton, argued the cause for appellants.

*Mr. Dennis S. Brotman* argued the cause for respondent
(*Ms. Alice Ashley Costello*, Director, Legal Aid Society of
Mercer County, attorney).

*Mr. Steven Zamrin*, Assistant Deputy Public Defender,
argued the cause for *amicus curiae* Office of Public Defender,
Child Advocacy Unit (*Mr. Stanley C. Van Ness*, Public
Defender, attorney).

*Messrs. Horowitz, Bross and Sinins* submitted a brief
on behalf of *amicus curiae* American Civil Liberties Union
(*Mr. Alan Y. Medvin*, of counsel and on the brief).

PER CURIAM. The judgment is affirmed substantially for
the reasons expressed in the opinion of the Appellate Divi-
sion, 143 *N. J. Super*. 128.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER—6.

*For reversal*—None.